UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 25-Cr-570 (SHS) |
| v. | : | ORDER |
| ERIC MCLEOD, | : | |
| Defendant. | : | |

---------------------------------------------------------------x

SIDNEY H. STEIN, United States District Judge:

IT IS HEREBY ORDERED that there will be a conference on August 19, 2026, at 11:30 a.m. in Courtroom 23A.

Dated: New York, New York
August 6, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.