UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

UNITED STATES OF AMERICA, : 25-Cr-570 (SHS)

v. : ORDER

ERIC MCLEOD, :

Defendant. :

-------------------------------------------------------------x

SIDNEY H. STEIN, United States District Judge:

IT IS HEREBY ORDERED that the Court will conduct a bail review hearing on September 30, 2026, at 2:30 p.m. in Courtroom 23A.

Dated: New York, New York
September 23, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.