UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 25-CR-570 (SHS) |
| -v- | : | <u>ORDER</u> |
| ERIC MCLEOD, | : | |
| Defendant. | : | |

---------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

On consent of the parties,

IT IS HEREBY ORDERED that the defendant's bail is revoked and the defendant is remanded to the custody of the U.S. Marshal.

Dated: New York, New York
September 30, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.